```
              UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF PENNSYLVANIA
                    U.S. COURTHOUSE
                 INDEPENDENCE MALL WEST
                    601 MARKET STREET
               PHILADELPHIA, PA 19106-1797
```

September 26, 2002

Marvin I. Barish, Esq.
1601 Cherry Street
Three Parkway-13th floor
Philadelphia, PA 19102

                                   RE: Straley v. Weeks Marine, Inc.
                                    Civil Action No. 02-4966

Dear Mr. Barish:

       A review of the Court's records shows that a pleading in response to the complaint has not been filed in the above captioned action by the defendant.

       If such a pleading is not filed by the above named defendant(s) on or before **October 10, 2002** you may file a request with the clerk for entry of a default in accordance with Rule 55 of the Federal Rules of Civil Procedure.

       If the Request for Default is not filed by **October 24, 2002** the Court may enter an order dismissing the case against the above named defendant(s) for lack of prosecution.

                                          Very truly yours,

                                          Constantine Flores
                                          Deputy Clerk to Judge Robreno

xc: Weeks Marine, Inc.

Civ 21 (10/82)