IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM STRALEY | : CIVIL ACTION |
| | : |
| v. | : NO. 02-CV-4966 (ER) |
| | : |
| WEEKS MARINE, INC. | : |

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter my appearance on behalf of Defendant, Weeks Marine, Inc., in the above-captioned matter.

        Respectfully submitted,

        DONNA ADELSBERGER & ASSOCIATES, P.C.


        BY:_____
           Mary Elisa Reeves, Esquire
           Attorney I.D. #44194
           6 Royal Avenue
           P.O. Box 530
           Glenside, PA 19038
           (215) 576-8690
           Attorney for Defendant,
           Weeks Marine, Inc.

DATED: October 10, 2002