IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM STRALEY, | : | CIVIL ACTION |
| | : | NO. 02-4966 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| WEEKS MARINE, INC. | : | |
| | : | |
| | : | |
| Defendant. | : | |

                                    ORDER

**AND NOW,** this **22nd** day of **October, 2002,** it is hereby **ORDERED** that a hearing on defendants' motion to transfer venue and motion to dismiss is hereby **SCHEDULED** for **November 5, 2002** at **9:00 a.m.**

**AND IT IS SO ORDERED.**

                                                  _____
                                                  **EDUARDO C. ROBRENO,     J.**