IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM STRALEY | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-CV-4966 (ER) |
| | : | |
| WEEKS MARINE, INC. | : | |

**O R D E R**

**AND NOW,** this _____ day of _____, 2002, upon consideration of the Motion for Admission Pro Hac Vice filed by Defendant, Weeks Marine, Inc. **IT IS ORDERED** that the Motion is **GRANTED** and that Jeanne-Marie D. Van Hemmen, Esquire, is admitted pro hac vice for the purpose of representing Defendant, Weeks Marine, Inc., in this action.

**BY THE COURT:**

_____J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM STRALEY | : | CIVIL ACTION |
| v. | : | NO. 02-CV-4966 (ER) |
| WEEKS MARINE, INC. | : | |

**MOTION FOR ADMISSION PRO HAC VICE**

The undersigned attorney, Mary Elisa Reeves, Esquire, member of the bar of this Court, respectfully moves the admission of Jeanne-Marie D. Van Hemmen, Esquire pro hac vice pursuant to Local Rule of Civil Procedure 83.5.2 to assist in the representation of Weeks Marine, Inc. in this action, and in support thereof states as follows:

1.  Jeanne-Marie D. Van Hemmen, Esquire is a partner at the firm of Betancourt, Van Hemmen & Greco, located at 114 Maple Avenue, Red Bank, New Jersey 07701. Attorney Van Hemmen is a member in good standing of the bar(s) of New York and New Jersey.

2.  Mary Elisa Reeves, Esquire will continue to serve as associate counsel in this matter.

3.  Plaintiff's counsel has no objection to this motion.

WHEREFORE, Defendant, Weeks Marine, Inc. respectfully requests that Jeanne-Marie D. Van Hemmen, Esquire be admitted pro hac vice for the purpose of representing Defendant, Weeks Marine, Inc. in this action.

                                        Respectfully submitted,

                                        _____
                                        Mary Elisa Reeves, Esquire
                                        Attorney I.D. # 44194
                                        Donna Adelsberger & Associates, P.C.
                                        6 Royal Avenue
                                        P.O.  Box 530
                                        Glenside, PA 19038
                                        215-576-8690

                                        Jeanne-Marie D. Van Hemmen, Esquire
                                        Attorney I.D. # JV-6414
                                        Betancourt, Van Hemmen & Greco
                                        114 Maple Avenue
                                        Red Bank, New Jersey 07701
                                        732-530-4646

October 29, 2002                          Attorneys for Defendant, Weeks Marine, Inc.

**CERTIFICATE OF SERVICE**

    I certify that, on this date, I caused a copy of the foregoing Motion for Admission <u>Pro Hac Vice</u> to be served upon the following, via first class mail:

Marvin I. Barish, Esquire<br>
Marvin I. Barish Law Offices, P.C.<br>
Three Parkway - 13th Floor<br>
1601 Cherry Street<br>
Philadelphia, PA 19102

_____

Mary Elisa Reeves, Esquire
Attorney I.D. #44194
6 Royal Avenue
P.O. Box 530
Glenside, PA 19038
(215) 576-8690

Jeanne-Marie D. Van Hemmen, Esquire
Attorney I. D. # JV 6414
Betancourt, Van Hemmen & Greco
114 Maple Avenue
Red Bank, New Jersey 07701
732-530-4646

October 29, 2002       Attorneys for Defendant, Weeks Marine, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM STRALEY | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-CV-4966 (ER) |
| | : | |
| WEEKS MARINE, INC. | : | |

**DECLARATION OF JEANNE-MARIE D. VAN HEMMEN, ESQUIRE**

I, Jeanne-Marie D. Van Hemmen, Esquire, declare as follows:

1. I am a partner at the firm of Betancourt, Van Hemmen & Greco located at 114 Maple Avenue, Red Bank, New Jersey 07701.

2. I am a member in good standing of the bars of New York and New Jersey.

3. I am not, and have never been, disbarred or disciplined by any Court.

4. I represent Weeks in a parallel action which was filed by Weeks in the District of New Jersey prior to this action being filed, and therefore am very familar with the facts of this case. Accordingly, Weeks wants me to be actively involved in the handling of this action.

5. Weeks Marine, Inc. has retained, Mary Elisa Reeves, to act as Associate Counsel, within the meaning of Local Rule of Civil Procedure 83.5.2.

6. I will familiarize myself with the local rules of this Court, and will conduct myself in this Court in accordance with all rules and standards applicable to attorneys who are admitted to the bar of this Court.

7. I have made these statements under penalty of perjury, pursuant to 28 U.S.C. § 1746.

_____

Jeanne-Marie D. Van Hemmen, Esquire
Attorney I. D. # JV 6414
Betancourt, Van Hemmen & Greco
114 Maple Avenue
Red Bank, New Jersey 07701
732-530-4646