IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM L. STRALEY | : | CIVIL ACTION |
| v. | : | |
| WEEKS MARINE, INC. | : | NO. 02-4966 |

**O R D E R**

AND NOW, this 29th day of October, 2002, it is Ordered that a hearing on plaintiff's motion for entry of default (doc. no. 7) is scheduled for **November 5, 2002 at 9:00 a.m.**, before the Honorable Eduardo C. Robreno, in Courtroom 3A, 3rd floor, U.S. Courthouse, 601 Market Street, Philadelphia, PA.

ATTEST:                    or     BY THE COURT


BY:_____      _____
Deputy Clerk                              Judge

C.V. 12 (4/99)

faxed to: Mary E. Reeves, Esq.
xc: Marvin I. Barish, Esq.
xc: Samuel J. Rosenthal, Esq.