```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| WILLIAM STRALEY, | : | CIVIL ACTION |
| | : | NO. 02-4966 |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| WEEKS MARINE, INC. | : | |
| | : | |
|     Defendant. | : | |

## ORDER

**AND NOW,** this **30th** day of **December, 2002,** it is hereby ordered that the matter be placed in suspense pending resolution of plaintiff's suit for maintenance and cure in New Jersey state court.

**AND IT IS SO ORDERED.**

                                                _____
                                                **EDUARDO C. ROBRENO,    J.**