IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM STRALEY, | : | CIVIL ACTION |
| | : | NO. 02-4966 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| WEEKS MARINE, INC. | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW,** this **14th** day of **February, 2003,** it is hereby **ORDERED** that the case is removed from suspense.

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**