IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM STRALEY | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| WEEKS MARINE, INC. | : | NO. 02-4966 |

**ORDER OF TRANSFER OUT OF CIVIL SUSPENSE FILE**

    **AND NOW,** this      day of  February, 2003,  it appearing to the court that the above entitled case should be transferred from the Civil Suspense File,  it is

    **ORDERED** that the Clerk of Court transfer said case from the Civil Suspense File to the current docket for final disposition.

_____
EDUARDO C. ROBRENO, J.

Civ 15 (8/80)