IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIAM L. STRALEY          :
                            :
         vs.                :     CIVIL ACTION NO. 02-4966
                            :
WEEKS MARINE, INC.          :

# ORDER

**AND NOW**, this      day of March, 2003, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[ ]   -   Order staying these proceedings pending disposition of a related action.

[ ]   -   Order staying these proceedings pending determination of arbitration proceedings.

[ ]   -   Interlocutory appeal filed

[ ]   -   Other: <u>Plaintiff is deceased. Awaiting an autopsy and toxicology report.</u>

it is
     **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

     **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
EDUARDO C. ROBRENO, J.

_____copies via FAX to:          _____copies mailed to:

Civ. 13 (8/80)