```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIAM L. STRALEY            :          CIVIL ACTION
                              :
                              :
          v.                  :
                              :
                              :
WEEKS MARINE, INC.            :          NO. 02-4966
```

O R D E R

AND NOW, this    day of October, 2004, it is hereby Ordered that the above case is Dismissed for Lack of Prosecution.

AND IT IS SO ORDERED.

```
                              _____
                                   EDUARDO C. ROBRENO, J.
```